IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 05-cv-01317-LTB-MJW
(Consolidated w/98cv02118-LTB-MJW and 01cv00572-LTB-MJW)

CHAR BLOOM,
AE, INC., a Colorado corporation,
ROSEMARIE GLAS, and
WILLIAM F. GOROG,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation,

    Defendant.
_____

ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on the Stipulation for Voluntary Dismissal With Prejudice as to the claims brought by Plaintiffs, Char Bloom and William F. Gorog.  Having reviewed the same, and being fully advised of the premises, and finding that there is good cause shown for the relief sought herein, the Court hereby finds and concludes:

    1.   The Stipulation for Voluntary Dismissal With Prejudice is GRANTED.  All claims which are or could have been brought by Plaintiffs, Char Bloom and William F. Gorog ("Settling Plaintiffs"), herein against Goodyear are dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

    2.   The Settling Plaintiffs and Goodyear will each bear their own costs in connection with this action.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED: February 1, 2007